THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9    UNITED STATES OF AMERICA,                    CASE NO. CR15-0082-JCC

10
                        Plaintiff,              ORDER GRANTING STIPULATED
11                                              MOTION TO CONTINUE TRIAL
          v.                                    DATE AND EXTEND PRETRIAL
12                                              MOTIONS DUE DATES
      THOMAS SCHLICKER,
13
                        Defendant.
14

15

16        This matter comes before the Court on a stipulated motion to continue the trial date from

17   May 26, 2015, to October 5, 2015, and the pretrial motions deadline from April 21, 2015, to

18   August 21, 2015. (Dkt. No. 23.) Defendant has signed and executed a waiver of his speedy trial

19   rights under the Sixth Amendment and the Speedy Trial Act. (Dkt. No. 24.) Having considered

20   the motion papers, Mr. Schlicker's waiver, and the relevant record, the Court hereby GRANTS

21   the motion.

22
          THE COURT, after considering the relevant factors outlined in 18 U.S.C. §§
23
24   3161(h)(7)(A), (B)(ii), and (B)(iv), finds that the ends of justice served by granting a continuance

25   outweigh the interests of the public and the defendant in a more speedy trial, given defense

26   counsel's need for additional time to prepare for trial and advise Mr. Schlicker given the volume

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DUE DATES
PAGE - 1

1  of discovery provided by the government, complicated nature of the case, and the defense's need

2  to complete investigation.

3          IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to

4  October 5, 2015, and that pretrial motions shall be filed no later than August 21, 2015. The

5  period of delay from the date of this order to the new trial date is excluded under 18 U.S.C. §§

6  3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

7

8          DATED this 28th day of April 2015.

9

10

11

12

13

14                                                          John C. Coughenour
                                                            UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DUE DATES
PAGE - 2